# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement

| | |
|---|---|
| Zachary Fort, et al. | |
| v. | Case No. 23-2167 |
| Michelle Lujan Grisham, et al. | |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of  Zachary Fort, New Mexico Shooting Sports Association, Firearms Policy Coalition, Inc. & Second Amendment Foundation.

[Party Name(s)]

certifies[1] as follows:

☑  The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

☐  There is no information to disclose pursuant to Fed. R. App. P. 26.1.

10/30/2023
Date

/s/David H. Thompson
Signature

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑   All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐   On _____ I sent a copy of this Disclosure Statement
              [date]

_____
                              [name of party]

at_____,
                              [address]

the last known address/email address, by

_____.
              [method of service]

10/30/2023
_____
Date

/s/David H. Thompson
_____
Signature

## ATTACHMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and 10th Cir. R. 26.1, Appellant New Mexico Shooting Sports Association states that it is a nonprofit organization incorporated under the laws of New Mexico, that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Appellant Firearms Policy Coalition, Inc. states that it is a nonprofit organization incorporated under the laws of Delaware, that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Appellant Second Amendment Foundation states that it is a nonprofit organization incorporated under the laws of Washington, that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.