UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

v.                                    Case No.

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

_____
[Party or Parties][1]

_____

_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

_____        _____
Name of Counsel                       Name of Counsel

_____        _____
Signature of Counsel                  Signature of Counsel

_____        _____
Mailing Address and Telephone Number  Mailing Address and Telephone Number

_____        _____
E-Mail Address                        E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

Robert J. Aragon and Robert Henry Moss are attorneys not entering an appearance in this court but who have entered appearances on behalf of Zachary Fort, New Mexico Shooting Sports Association, Firearms Policy Coalition, Inc. and Second Amendment Foundation in the proceedings sought to be reviewed.

There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

_____
Date

_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☐     All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

On _____ I sent a copy of this Entry of Appearance
              [date]

Form to:

_____

at_____,

the last known address/email address, by _____.
                                                                 [state method of service]

_____
Date

_____
Signature