UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| Christopher M. Wolpert | | Jane K. Castro |
|---|---|---|
| Clerk of Court | | Chief Deputy Clerk |

January 08, 2024

Jordon P. George
Aragon Moss George Jenkins
2201 Menual Boulevard NE
Albuquerque, NM 87107

**RE:**     23-2167, Fort, et al v. Grisham, et al
Dist/Ag docket: 1:23-CV-00773-DHU-LF

Dear Counsel:

In previous correspondence, we notified you that you were not a member of the bar of this court. At that time, we directed you to our website to complete the Application and Oath for Admission form. See https://www.ca10.uscourts.gov/attorney-admissions-and-certificates-good-standing. We have checked our records, however, and find you have not yet been admitted.

You must complete and submit the admission application form within ten days of the date of this letter. Applications should be submitted through the court's electronic filing system. Instructions for doing so can be found at the link above. The fee for processing an application is $225.00. As we noted in our prior correspondence, the fee is waived if you represent the United States or any federal agency, or have been appointed by the court to represent a party on appeal. *See* 10th Cir. R. 46.2(B).

If you fail to complete these admission procedures, your name will be stricken from the docket of this case and no further notices, orders or other correspondence will be mailed to you in connection with the proceeding. *See* 10th Cir. R. 46.2(A). If you are stricken from the docket you must notify your client. Failure to do so may result in disciplinary action being taken against you. *See* Addendum III, Plan for Attorney Disciplinary Enforcement, Section 2.3. You must submit your completed application within 10 days of the date of this letter.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/sct