IN THE UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

No. 23-2167

ZACHARY FORT, *et al.*,

    Plaintiffs-Appellants,

v.

MICHELLE LUJAN GRISHAM, *et al.*,

    Defendants-Appellees.

**MOTION TO WITHDRAW AS COUNSEL**

Attorney Kate Hardiman respectfully requests this Court's leave to withdraw from representing the Plaintiffs-Appellants in this appeal because she left the firm of Cooper & Kirk, PLLC. Attorneys David H. Thompson, Peter A. Patterson, Robert H. Moss, and Jordon P. George, who are listed on the docket in this appeal, remain counsel of record for the Plaintiffs-Appellants.

Dated: July 19, 2024                      Respectfully submitted,

                                               /s/Kate Hardiman
                                               Kate Hardiman
                                               COOPER & KIRK, PLLC
                                               1523 New Hampshire Ave., NW
                                               Washington, D.C. 20036
                                               Phone: (202) 220-9600
                                               Fax: (202) 220-9601
                                               khrhodes@cooperkirk.com

                                               *Attorney for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will cause a copy of the document to be served electronically on all parties or their counsel.

Dated:	July 19, 2024	/s/Kate Hardiman
Kate Hardiman

*Attorney for Plaintiffs-Appellants*