**FILED**
United States Court of Appeals
Tenth Circuit

**July 23, 2024**

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

───────────────────────────────

| | |
|---|---|
| ZACHARY FORT, et al., | |
| Plaintiffs - Appellants, | |
| and | |
| WE THE PATRIOTS, INC., et al., | |
| Plaintiffs, | |
| v. | No. 23-2167<br>(D.C. No. 1:23-CV-00773-DHU-LF)<br>(D. N.M.) |
| MICHELLE LUJAN GRISHAM, in her official capacity only, et al., | |
| Defendants - Appellees. | |
| ------------------------------- | |
| BRADY CENTER TO PREVENT GUN VIOLENCE, et al., | |
| Amici Curiae. | |

───────────────────────────────

**ORDER**

───────────────────────────────

This matter is before the court on the "Motion to Withdraw as Counsel." The

motion is granted. Ms. Kate Hardiman is hereby withdrawn as counsel of record

for appellants.

                                                                         Entered for the Court

                                                                         CHRISTOPHER M. WOLPERT, Clerk